■ The People of the State of New York, Respondent, v Rahsaan Perry, Appellant. [56 NYS3d 464]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Forman, J.), rendered December 8, 2015, convicting him of criminal sexual act in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Hall, Austin and Barros, JJ., concur.